UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-80166-CR-RYSKAMP/HOPKINS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

Allen Mark Levinson,

    Defendant.
_____/

## ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the court upon the Report and Recommendation issued by United States Magistrate Judge James M. Hopkins on January 31, 2011.

The court has considered the Report and Recommendation, the pertinent parts of the record including the transcript of testimony on January 14, 2011, the defendant's written objections, and being otherwise fully advised in the premises it is:

**ORDERED and ADJUDGED** that the United States Magistrate's Report and Recommendation is hereby **ADOPTED AND AFFIRMED**. The Defendant's Motion to Exclude FRE 414 evidence, DE# 38, and FRE 404(b) evidence, DE# 28 are **Denied**.

**DONE and ORDERED** in West Palm Beach, this 23 day of March, 2011.

                                                 /s/ Kenneth L. Ryskamp
                                             **KENNETH L. RYSKAMP**
                                             UNITED STATES DISTRICT JUDGE

cc:    counsel of record