UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-80166-CR-RYSKAMP/HOPKINS

UNITED STATES OF AMERICA

v.

ALLEN MARK LEVINSON,

Defendant.
_____/



## REPORT AND RECOMMENDATION ON DEFENDANT'S MOTION FOR MEDICAL RECORDS OF GOVERNMENT WITNESS (DE 83)

Before this Court is the Defendant's motion for Medical Records of Government Witness (DE 83), the United States Response in Opposition (DE 91), Defendant's Reply (DE 96), and Defendant's Case Law in Support of Defendant's Motion for Medical Records (DE 106). Hearings were held on March 29, 2011, and April 1, 2011.

The defendant is charged in a two count Indictment with attempting to entice a minor to engage in sexual activity, in violation of 18 U.S.C. § 2422(b) (Count 1) and committing an enumerated felony offense involving a minor, as set forth in Count 1, while being required by law to register as a sex offender, in violation of 18 U.S.C. § 2260A (Count 2). (DE 10).

The Government alleges that the Defendant engaged in computer chat sessions and a live web camera session with an undercover officer posing as the step-father of an eight year old step-daughter wherein the Defendant exposed himself and attempted to view the undercover officer engaging in sexual activity with his fictitious step-daughter.

At trial in this cause, the Government intends to introduce the facts and circumstances surrounding the defendant's continuous and systematic rape of his then-young daughter, Robin

Halpern. The Government has received continuances of trial to allow its witness Robin Halpern to recover from a recent massive stroke that at least twice required hospitalization. (DE 76).

The Defendant seeks to have the Government produce Robin Halpern's medical records surrounding the stroke as material to its cross-examination (DE 83) and under FRCP 16(F) (DE 96). The Government has responded that the records are not material to the cross and they are not within the Government's possession, custody or control. However, the Government has agreed to ask the witness for the names of the hospitals and the dates of hospitalization so that the Defendant may subpoena the records.

## ANALYSIS

A criminal defendant may not be denied access to recent medical records that suggest grounds to cross-examine a witness on her ability to perceive and interpret "the words and actions of others, and which might seriously affect her ability 'to know, comprehend and relate the truth. . .'" *United States v. Lindstrom*, 698 F.2d 1154, 1165-67 (11th Cir. 1983) (citations omitted). The hospital records of the witness appear to fall within the parameters of the *Lindstrom* analysis.

However, the government does not have a duty to disclose medical records it does not possess. *United States v. Sarras*, 575 F.3d 1191, 1215 (11th Cir. 2009). It is not the government's obligation to track down third-party evidence for the Defendant, rather the Defendant may follow the procedures for obtaining the evidence via *subpoena duces tecum*. *Id.*

For the foregoing reasons, this Court RECOMMENDS that the Defendant's motion for Medical Records of Government Witness (DE 83) be DENIED.

## NOTICE OF RIGHT TO OBJECT

A party shall serve and file written objections, if any, to this Report and Recommendation

with the Honorable Kenneth L. Ryskamp, Senior United States District Court Judge for the Southern District of Florida, within fourteen (14) days of being served with a copy of this Report and Recommendation. *See* 28 U.S.C. § 636(b)(1)(C); *United States v. Warren*, 687 F.2d 347, 348 (11th Cir. 1982), *cert. denied*, 460 U.S. 1087 (1983). Failure to timely file objections shall bar the parties from attacking on appeal the factual findings contained herein. *See LoConte v. Dugger*, 847 F.2d 745 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

**DONE AND RECOMMENDED** in Chambers this 7 day of April, 2011 at West Palm Beach in the Southern District of Florida.

*James M. Hopkins*

JAMES M. HOPKINS
UNITED STATES MAGISTRATE JUDGE

Copies to:

Senior United States District Judge Kenneth L. Ryskamp

Counsel of Record