UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-80166-CR-RYSKAMP/HOPKINS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

Allen Mark Levinson,

    Defendant.
_____/

### ORDER AFFIRMING MAGISTRATE JUDGE'S
### REPORT AND RECOMMENDATION

**THIS CAUSE** came before the court upon the Report and Recommendation issued by United States Magistrate Judge James M. Hopkins on March 17, 2011.

The court has considered the Report and Recommendation, the pertinent parts of the record and being otherwise fully advised in the premises it is:

**ORDERED and ADJUDGED** that the United States Magistrate's Report and Recommendation is hereby **ADOPTED AND AFFIRMED**. The Defendant's Motion in limine to exclude expert testimony, DE# 54, is **Denied.**

**DONE and ORDERED** in West Palm Beach, this _18_ day of _Apr._, 2011.

                                          KENNETH L. RYSKAMP
                                        UNITED STATES DISTRICT JUDGE

cc:    counsel of record